EDWIN P. MERRITT et al., Appellants, *v.* HENRY W. H. FITZ-
GERALD, Respondent.

(Submitted March 3, 1886; decided March 23, 1886.)

*S. F. Kneeland* for appellants.

*Samuel A. Noyes* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

THOMAS C. SIMONTON et al., Appellants, *v.* FREDERICK P. HAYS
et al., Respondents.

(Submitted March 3, 1886;  decided March 23, 1886.)

*D. H. Bolles* for appellants.

*George H. Phelps* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.